UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BREEN DE BREE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4711 |
| | § | |
| PACIFIC DRILLING, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion to Remand (Doc. No. 8); Defendants' Response (Doc. No. 12; Plaintiff's Reply (Doc. No. 13); Judge Stacy's Memorandum and Recommendation (Doc. No. 33) that the Court deny the Plaintiff's Motion to Remand; and Plaintiff's Objections (Doc. No. 38) to the Memorandum and Recommendation.

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that the parties are diverse, and the case was properly removed given the fraudulent joinder of the in-state Defendants Pacific Drilling Services, Inc., Pacific Drilling, Inc., and Rex Covens. It is accordingly

**ORDERED** that Plaintiff's Objections (Doc. No. 38) are **OVERRULED**; Magistrate Judge Stacy's Memorandum and Recommendation (Doc. No. 33) is **ADOPTED**; and Plaintiff's Motion to Remand (Doc. No. 8) is **DENIED**.

SIGNED at Houston, Texas, this _____ 8 _____ day of July, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE